BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BARRY NUFELD

FILED
JUN 2 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BARRY NUFELD, <br><br> Defendant. | No. CR 05-245 MHP <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION TO SUPPRESS HEARING <br><br> **Hearing Date**: Monday, July 11, 2005 at 10:00 am <br><br> The Honorable Marilyn Hall Patel |

The undersigned parties stipulate as follows:

1.  A motion to suppress hearing is currently set before this Court on July 11, 2005 at 10:00 AM.

2.  Counsel for Mr. Nufeld did not file an opening motion due to difficulties in locating witnesses, although counsel continues diligently to locate said witnesses for trial;

3.  As such, the parties jointly request that this Court vacate the motion to suppress hearing date of Monday, July 11, 2005 at 10:00 AM;

*Nufeld*, CR-05-245 MHP
Stip. Change Date

4.  The parties further request that the Court put this case on calendar for trial setting on June 27, 2005 at 10:00 AM.

5.  The parties further request an exclusion of time under the Speedy Trial between June 13, 2005 and June 27, 2005 for effective preparation of counsel. With the Court's permission, counsel for both the government and the defense anticipate that this case should be set for trial on either August 29, 2005 or August 22, 2005.

IT IS SO STIPULATED.

DATED: _____   _____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

DATED: _____   _____/S/_____
WILLIAM SHOCKLEY
Assistant United States Attorney

I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the Motion to Suppress hearing in the aforementioned case is hereby continued from June 27, 2005 to July 11, 2005 at 10:00 AM before this honorable Court. The briefing schedule for said motion is hereby altered as stated by counsel in this stipulation.. Based on the aforementioned representations of defense counsel, this Court further finds that counsel for the defendant needs additional time to effectively prepare a defense for her client by finding witnesses who are essential for trial, and that defense counsel believes that an exclusion of time is in her client's best interest. Given these circumstances, this Court

1 finds that the ends of justice served by excluding the period between June 13, 2005 and
2 June 27, 2005 outweigh the best interest of the public and the defendant in a speedy trial.
3 An exclusion of time is thus appropriate under the Speedy Trial Act between May 27 and
4 June 13, 2005 to enable counsel to effectively prepare for trial, 18 U.S.C. § 3161(h)(8)(A)
5 & 18 U.S.C. § 3161(B)(iv).

DATED: 6/22/05

_____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

*Nufeld*, CR-05-245 MHP
Stip. Change Date