| | |
|---|---|
| 1<br>2<br>3<br>4 | BARRY J. PORTMAN<br>Federal Public Defender<br>ELIZABETH M. FALK<br>Assistant Federal Public Defender<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: (415) 436-7700 |

FILED

AUG 17 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  Counsel for Defendant BARRY NUFELD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BARRY NUFELD,<br><br>　　　　Defendant. | No. CR 05-245 MHP<br><br>STIPULATION AND<br>[~~PROPOSED~~] ORDER<br>CONTINUING DATE OF<br>PRETRIAL FILINGS AND<br>STIPULATIONS TO<br>MONDAY, AUGUST 15<br><br>**Pretrial Date**: Wednesday,<br>August 24 at 2:30 pm<br><br>The Honorable Marilyn Hall Patel |

The undersigned parties stipulate as follows:

1. Pretrial filings ~~are due today~~ *were due*, August 12, 2005

2. Defense counsel requests more time for pretrial filings and to meet and confer with government counsel on jury instructions, voir dire and stipulations;

3. The prosecution has no objection to the extension of the filing date by one day;

4. The parties thus jointly request that the Court continue the pretrial filing date until

\\

*Nufeld*, CR-05-245 MHP
Stip. Change Date

1  Monday, August 15, 2005.
2
3
4  IT IS SO STIPULATED.
5
6  DATED: _____          _____/S/_____
7                                     ELIZABETH M. FALK
                                      Assistant Federal Public Defender
8
9  DATED: _____          _____/S/_____
10                                    WILLIAM SHOCKLEY
                                      Assistant United States Attorney
11
12
   I hereby attest that I have on file all holographic signatures indicated by a "conformed"
13
   signature (/S/) within this efiled document.
14
15                         [~~PROPOSED~~] ORDER
16     GOOD CAUSE APPEARING, it is hereby ORDERED that pretrial filings in the
17  aforementioned case will be due Monday, August 15, 2005. All other dates, including the
18  Pretrial Conference date of August 24, 2005, and the trial date of August 30, 2005,
19  remain the same.
20
21  DATED: 8/16/05                    _____
22                                     THE HONORABLE MARILYN HALL PATEL
                                       UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

*Nufeld*, CR-05-245 MHP
Stip. Change Date