| | |
|---|---|
| 1  BARRY J. PORTMAN<br>    Federal Public Defender<br>2  ELIZABETH M. FALK<br>    Assistant Federal Public Defender<br>3  450 Golden Gate Avenue<br>    San Francisco, CA 94102<br>4  Telephone: (415) 436-7700 | **FILED**<br>AUG 2 5 2005<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

5  Counsel for Defendant BARRY NUFELD

7            IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARRY NUFELD,<br><br>    Defendant. | No. CR 05-245 MHP<br><br>STIPULATION AND<br>[~~PROPOSED~~] ORDER<br>VACATING PRETRIAL<br>CONFERENCE DATE AND<br>TRIAL DATE<br><br>**Pretrial Date**: Wednesday,<br>August 24 at 2:30 pm<br><br>The Honorable Marilyn Hall Patel |

The undersigned parties stipulate as follows:

1. A pretrial conference in the aforementioned matter is currently set for Wednesday, August 24th 2005 at 2:30 p.m.

2. Trial is set for Tuesday, August 30th, 2005 at 8:30 a.m.

3. The parties have reached settlement;

4. The parties thus jointly request that the Court vacate the pretrial conference date and the trial date and set this matter for change of plea on Monday, September 12th 2005 at 10:00 a.m.

*Nufeld*, CR-05-245 MHP
Stip. Vacate Trial

1  5. The parties further stipulate that Defendant's Trial Memorandum, filed Monday, August 15th, 2005, tolls the Speedy Trial Act between August 15th, 2005 and September 12th, 2005.

IT IS SO STIPULATED.

DATED: _____            _____/S/_____
                                  ELIZABETH M. FALK
                                  Assistant Federal Public Defender

DATED: _____            _____/S/_____
                                  MICHAEL WANG
                                  Assistant United States Attorney

I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this efiled document.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the pretrial conference date of August 24, 2005, and the trial date of August 30, 2005 are vacated. The parties are directed to appear on September 12, 2005 at 10:00 a.m. for change of plea.

DATED: August 24, 2005            _____
                                  THE HONORABLE MARILYN HALL PATEL
                                  UNITED STATES DISTRICT JUDGE

*Nufeld*, CR-05-245 MHP
Stip. Vacate Trial