BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant NUFELD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>BARRY NUFELD,<br><br>   Defendant. | No. CR 05-245 MHP<br><br>STIPULATION AND<br>[PROPOSED] ORDER<br>CONTINUING SUPERVISED<br>RELEASE VIOLATION<br>HEARING<br><br>**Hearing Date**: Monday, July 16, 2007 at 10:00 am<br><br>The Honorable Marilyn Hall Patel |

The undersigned parties stipulate as follows:

1. A supervised release violation hearing is currently set before this Court on July 16, 2007 at 10:00 AM.

2. Counsel for Mr. Nufeld is on annual leave on that day;

3. As such, counsel for Mr. Nufeld requests that this Court continue the supervised release violation hearing for one week, to Monday, July 23, 2007 at 10:00 AM.

4. Counsel for the government, Susan Badger, has no objection to moving the

\\

*Nufeld,* CR-05-245 MHP
Stip. Continue Sup. Release Hearing

1 | supervised release violation hearing to Monday, July 23 at 10:00 AM.

3 | IT IS SO STIPULATED.

5 | DATED: _____07/12/07_____     _____/s/_____
6 |                                  ELIZABETH M. FALK
                                     Assistant Federal Public Defender

8 | DATED: _____07/12/07_____   _____/s/_____
9 |                                  SUSAN BADGER
                                     Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the Supervised Release Violation Hearing in the aforementioned case is hereby continued from July 16, 2007 to July 23, 2007 at 10:00 AM.

DATED: July 17, 2007         _____
                             THE HONORABLE MARILYN H. PATEL
                             UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*Nufeld,* CR-05-245 MHP
Stip. Continue Sup. Release Hearing